

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2014

No. 04-14-00611-CV

David Allan **EDWARDS**,
Appellant

v.

**DISTRICT ATTORNEY OF ATASCOSA COUNTY**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 12-02-0185-CVA
Honorable Thomas F. Lee, Judge Presiding

# O R D E R

Appellant's Motion for New Trial is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court